LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent, *v.* EDWARD CORSI et al., Respondents, and VINCENT R. IMPELLITTERI, Appellant.

Argued October 19, 1950; decided October 20, 1950.

*George W. Whiteside, Charles Pickett* and *Alan S. Kuller* for appellant.

*John P. McGrath, Corporation Counsel* (*W. Bernard Richland, Pauline K. Berger* and *Barbara Carroll* of counsel), for Lazarus Joseph, respondent.

*Charles H. Tuttle, Louis J. Lefkowitz* and *Paxton Blair* for Edward Corsi, respondent.

*William J. O'Shea, Jacob Markowitz, Bernard Hershkopf* and *Harry C. Kane* for Ferdinand Pecora, respondent.

*Benjamin Gassman, Matthew M. Levy* and *Max Bloom* for Liberal Party, *amicus curiæ,* in support of respondents' position.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.